IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 14 P 2: 42

CLERK
SO. DIST. OF GA.

RICKARD HARLEY SCRUGGS,

    Plaintiff,

vs.

ALLEN LEE, Deputy; WINSTON C. PETERSON, Sheriff; FERRELL HOWELL, Deputy; RAYMOND PETERSON, Deputy; GARY SIMMONS; JOHN DOE, unknown tow truck driver acting as agent for Clinch County; Officer JAMES GREENE; Officer JOHN T. (TREY) BASS; Magistrate LINDA BROWN; Chief Magistrate ANNIE RUTH STEEDLEY, and CLINCH COUNTY COMMISSION,

    Defendants.

CIVIL ACTION NO.: CV504-106

## ORDER

Plaintiff has filed a Motion for Imposition of Costs. (Doc. 12.) He seeks the award of costs incurred for the personal service of the complaint upon Defendant James Greene. Defendant Greene has filed a response to the motion. For the reasons set forth in Greene's response, Plaintiff's Motion is **DENIED**.

**SO ORDERED**, this 14th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

SCRUGGS )

vs ) CASE NUMBER CV504-106

LEE, ET AL ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/14/05 , which is part of the official record of this case.

Date of Mailing: 7/14/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Ralph Ellis
John Jones
Rickard Scruggs, 330 Broadway Street, St. Simons Island, GA 31522
Richard Strickland

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate